UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET G. BROOKS,

Plaintiff,

v.

CROWLEY FLECK, et al.,

Defendants.

Case No.  2:25-cv-03694-DC-JDP (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 6)

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 1, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed, and the time in which to do so has passed.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed April 1, 2026, ECF No. 6, are ADOPTED;

2. Plaintiff's First Amended Complaint, ECF No. 5, is DISMISSED without leave to amend for failure to state a cognizable claim and as frivolous; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 30, 2026**    _____

Dena Coggins
United States District Judge