# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

MARGARET G. BROOKS,

**JUDGMENT IN A CIVIL CASE** CASE

NO: **2:25-cv-03694-DC-JDP (PS)**

v.

CROWLEY FLECK, et al.,

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/1/2026 .**

ENTERED:   **May 1, 2026**        /s/  **Keith Holland**
                                                   Clerk of Court